NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PACESETTER, INC.,**
**(DOING BUSINESS AS ST. JUDE MEDICAL CRMD),**
*Plaintiff-Appellee,*

v.

**SURMODICS, INC.,**
*Defendant-Appellant.*

---

2012-1096

---

Appeal from the United States District Court for the Central District of California in case no. 11-CV-3964, Judge Ronald S.W. Lew.

---

## ORDER

Upon consideration of SurModics, Inc.'s motion for an extension of time, until January 12, 2012, to file its response to Pacesetter, Inc.'s motion to dismiss or transfer the appeal,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 4 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James A. Gale, Esq.
Jake M. Holdreith, Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 0 4 2012

**JAN HORBALY**
**CLERK**